# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 6, 2005*

[Cite as *05/06/2005 Case Announcements,* 2005-Ohio-2183.]

## MOTION AND PROCEDURAL RULINGS

**2004–0394.   State ex rel. Dispatch Printing Co. v. Johnson.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' joint motion to extend time for oral argument currently scheduled for May 10, 2005,

IT IS ORDERED by the court that the motion be, and hereby is, granted to the extent that oral argument is extended to 20 minutes per side.

**2005–0768.   State ex rel. Foster v. Belmont Cty. Court of Common Pleas.**

Belmont App. No. 04–BE–55, 2005-Ohio-1353. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Belmont County. Appellant shall file his merit brief within forty days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## DISCIPLINARY CASES

**1996–0297.   In re Resignation of Renshaw.**

By order dated March 6, 1996, the court accepted the affidavit of resignation of Robert E. Renshaw in which he acknowledged that the resignation was final, unconditional and irrevocable.

This cause came on for further consideration upon the filing by Robert E. Renshaw of an application for reinstatement. Upon consideration thereof,

IT IS ORDERED by this court that the application be, and hereby is, denied.